IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**AMY YOUNG**　　　　　　　　　　　　　　　　　　　　　　　　　　　　　**PLAINTIFF**

V.　　　　　　　　　　　Case No. 4:22-CV-00731-LPR

**KILOLO KIJAKAZI, Acting
Commissioner, Social Security
Administration**　　　　　　　　　　　　　　　　　　　　　　　　　　　　　**DEFENDANT**

## JUDGMENT

　　Consistent with the Order that was entered today, it is CONSIDERED, ORDERED, and ADJUDGED that the Commissioner's decision is AFFIRMED.  Judgment is entered in favor of the Commissioner.

　　IT IS SO ADJUDGED this 20th day of September 2023.

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　LEE P. RUDOFSKY
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE